


UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 2:16-cr-111-01 |
| VERSUS | JUDGE MINALDI |
| GWEN DELL FRICK | MAGISTRATE JUDGE KAY |

### JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. No objections were timely filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Gwen Dell Frick, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that Gwen Dell Frick is finally adjudged guilty of the offense charged in Count Two of the Indictment.

Lake Charles, Louisiana, on this 28 day of December, 2016.

PATRICIA MINALDI  
UNITED STATES DISTRICT JUDGE
